# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF JERMAINE CLAYBROOKS,**
**By Co-Special Administrators, JOAN**
**McCANTS and KENYANNA ALLEN,**
**BIOLOGICAL MINOR CHILDREN J.J.C.,**
**By and through KEYANNA ALLEN, as**
**Parent and guardian, and J.D.C., by and**
**Through MARKIA S. LOVE, as parent and**
**Guardian,**
              **Plaintiffs,**

    **v.**                                                              **Case No. 19-C-160**

**MILWAUKEE POLICE OFFICER JOHN SCHOTT,**
**MARTEZ BALL, and JOHN IVY, WEST ALLIS**
**POLICE OFFICERS TODD KURTZ and P.O.**
**DANIEL DITTORRICE, and SPECIAL AGENT**
**JAMES KRUEGER, Drug Enforcement Agency,**
              **Defendants.**

## ORDER

On October 17, 2019, defendant James Krueger filed a motion to dismiss the claims against him. Since that date, both of plaintiffs' lawyers—Attorneys Stern and Swanigan—have sought the court's permission to withdraw from the case, and have received such permission. Attorney Swanigan's motion to withdraw indicates that plaintiff Kenyanna Allen is aware of the attorneys' withdrawal and that the plaintiffs intend to seek new counsel. ECF # 32 at 5. Seven weeks have elapsed since attorney Swanigan notified plaintiffs of her intent to withdraw from the case, but no response has been filed to defendant Krueger's motion to dismiss.

The plaintiffs are hereby ordered that they must file either an amended complaint or a response to defendant Krueger's motion to dismiss by March 16, 2020. This deadline applies whether or not plaintiffs are able to secure counsel. Failure to file an amended complaint or response by the deadline will result in dismissal of the claims against defendant Krueger.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 18th day of February, 2020.

<u>s/Lynn Adelman</u>
LYNN ADELMAN
U.S. District Judge