GRANT F. LANGLEY
City Attorney

MIRIAM R. HORWITZ
ADAM B. STEPHENS
MARY L. SCHANNING
JAN A. SMOKOWICZ
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

SUSAN E. LAPPEN
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
JENNY YUAN
ALLISON N. FLANAGAN
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
TYRONE M. ST. JUNIOR
HANNAH R. JAHN
JULIE P. WILSON
GREGORY P. KRUSE
KIMBERLY A. PRESCOTT
SHEILA THOBANI
KATRYNA C. RHODES
NICOLE F. LARSEN
JAMES M. CARROLL
WILLIAM G. DAVIDSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
JENNIFER J. TATE
Assistant City Attorneys

February 27, 2020

Stephen C. Dries, Clerk of Court
United States District Court - Eastern District
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

      Re:    Estate of Jermaine Claybrooks, et al. v. City of Milwaukee, et. al
            Case No. 19-CV-160

Dear Clerk:

Please note that I have spoken with Attorney Gunta, counsel for the City of West Allis defendants. We both request that the Court lift its stay on discovery, and allow us to continue with our discovery work in this case on behalf of our clients.

Thank you for your attention to the above.

Very truly yours,

/s/

SUSAN E. LAPPEN
Assistant City Attorney

SEL/cdr

1032-2019-507/267084

