# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ESTATE OF JERMAINE CLAYBROOKS,
et al.,
        Plaintiffs,

        v.                                     CASE NUMBER: -C-

JOHN SCHOTT, et al.,
        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant Krueger is DISMISSED from this action and the plaintiffs shall take nothing from defendant Krueger.

    3/19/20                                                            Stephen C. Dries
Date                                                                 Clerk

                                                                                     s/J. Dreckmann
                                                                                     (By) Deputy Clerk